# Third District Court of Appeal

## State of Florida

Opinion filed June 9, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1308
Lower Tribunal No. 20-3165

————————

## Betty M. Mortenson,
Appellant,

vs.

## Nany O. Mortenson-Vivas,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Buchbinder & Elegant, P.A., and Harris J. Buchbinder, for appellant.

Luis E. Barreto & Assoc. P.A., and Luis E. Barreto; Billbrough & Marks, P.A., and G. Bart Billbrough, for appellee.

Before EMAS, C.J., and LOGUE and SCALES, JJ.

PER CURIAM.

Affirmed. <u>See</u> Fla. Stat. § 744.331(6)(b) (2020) ("A guardian may not be appointed if the court finds there is an alternative to guardianship which will sufficiently address the problems of the incapacitated person."); <u>Adelman v. Elfenbein</u>, 174 So. 3d 516, 518 (Fla. 4th DCA 2015) ("Upon a finding of incapacity, the court is required to <u>either</u> appoint a guardian or find that there is an alternative to guardianship. If there is an alternative to guardianship, the court is prohibited from appointing a guardian.") (emphasis in original) (citations omitted).